JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY NATIONAL BANK,<br><br>    Petitioner,<br><br>    v.<br><br>CENTRAL PARTNERSHIP, LLC,<br><br>    Respondent. | CASE NO. CV 13-06269-MWF (JCx)<br><br>**JUDGMENT CONFIRMING ARBITRATION AWARD** |

    The regularly noticed Petition to Confirm Arbitration Award (the "Petition") filed by Petitioner City National Bank, and the Counter-Petition and Motion to Vacate Arbitration Award (collectively, the "Counter-Petition") filed by Respondent Central Partnership, LLC, came before the Court. A hearing was held on October 7, 2013.

    Having considered all of the pleadings and arguments submitted by the parties in connection with the Petition and Counter-Petition, the pleadings and papers on file, and any oral and/or documentary evidence presented at the time of hearing, the Court GRANTED the Petition, and DENIED the Counter-Petition.

1

Consistent with the Court's ruling on the Petition and the Counter-Petition, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in this action as follows:

1. The Arbitration Award entered by Jack E. Freedman, on July 10, 2013, in favor of Petitioner City National Bank, and against Respondent Central Partnership, LLC, is confirmed in all respects.
2. The Court enters Judgment in favor of Petitioner City National Bank, and against Respondent Central Partnership, LLC.
3. Petitioner City National Bank is the prevailing party against Respondent Central Partnership, LLC, in connection with the Petition and the Counter-Petition.
4. Respondent Central Partnership, LLC is ordered to pay as follows:
   a. To Petitioner City National Bank, and pursuant to the Arbitration award, the sum of $1,480,000;
   b. To Petitioner City National Bank, and pursuant to the Arbitration award, legal fees in the amount $80,371.50;
   c. To Petitioner City National Bank, and pursuant to the Arbitration award, costs in the amount of $423.57;
   d. To Petitioner City National Bank, and pursuant to the Arbitration award, Arbitrator fees in the amount of $5,500;
   e. To Petitioner City National Bank, and pursuant to the Arbitration award, pre-judgment interest in the amount of $179,110.43, as of October 6, 2013; and
   f. To Petitioner City National Bank, post-judgment interest, which begins to accrue on October 7, 2013 and shall accrue, pursuant to 28

///
///

U.S.C. § 1961, on the total judgment amount of $1,745,405.50, at the rate of $5.26 per day, compounded annually, until this Judgment is satisfied in full.

DATED: October 22, 2013.

_____
MICHAEL W. FITZGERALD
United States District Judge